# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147276

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE CARL HUNTER,
      Defendant-Appellant.

SC: 147276
COA: 308519
Macomb CC: 2011-000710-FC

_____/

      By order of October 28, 2013, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Johnson* (Docket No. 145477). On order of the Court, the case having been decided on December 26, 2013, 495 Mich ___ (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0224

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk